IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF GEORGIA
VALDOSTA DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | |
| | : | |
| v. | : | CRIMINAL NUMBER: 7:13-CR-35(HL) |
| | : | |
| WESLEY WHITE, SR., | : | |
| a/k/a "WESTSIDE" | : | |
| _____ | : | |

## ORDER OF CONTINUANCE

The defendant in the above-styled case was indicted on August 14, 2013. His initial appearances and arraignment was held on August 22, 2013. Defendant is currently in custody, having been denied bond. The parties have engaged in initial discovery, but some information is currently sealed pursuant to a Superior Court order and cannot be provided at this time. The parties have jointly moved of this continuance to permit time to resolve the matter.

Accordingly, IT IS HEREBY ORDERED that the above-referenced matter be continued to the next regularly scheduled term of Court for the Valdosta Division of this district and that any delay occasioned by the continuance be deemed excusable delay pursuant to 18 U.S.C. § 3161(h).

It is the Court's finding that the ends of justice served by the granting of this continuance outweigh the best interests of the public and the defendant in a speedy trial. 18 U.S.C. § 3161(h)(8)(A). The Court finds that failure to grant such continuance could result in a miscarriage of justice, 18 U.S.C. § 3161(h)(8)(B)(i), and that failure to grant such continuance would deny counsel for the defendant and the Government the reasonable time necessary for effective preparation, taking into account the exercise of due diligence. 18 U.S.C. § (h)(8)(B)(iv).

SO ORDERED, this  10th  day of  September , 2013.

                                                  s/Hugh Lawson
                                                HUGH LAWSON
                                                UNITED STATES DISTRICT JUDGE

Presented by:
/s/ROBERT D. McCULLERS
ROBERT D. McCULLERS
ASSISTANT UNITED STATES ATTORNEY